PEOPLE V ROARK, No. 152562; Court of Appeals No. 316467. We direct the Clerk to schedule oral argument in this case for the same future session of the Court when it will hear oral argument in *People v Comer* (Docket No. 152713). The Wayne County Prosecutor is invited to file a brief amicus curiae in *People v Comer* (Docket No. 152713).

*Leave to Appeal Denied May 24, 2016:*

PEOPLE V KEAN, No. 149947; Court of Appeals No. 321446.

NOLAN V CHAPMAN, No. 151701; Court of Appeals No. 319830.

PEOPLE V WILCOX, No. 151760; Court of Appeals No. 326644.

PEOPLE V HOLLOWAY, No. 151767; Court of Appeals No. 326368.

PEOPLE V ANTHONY NELSON, No. 151773; Court of Appeals No. 326398.

PEOPLE V STAPLETON, No. 151865; Court of Appeals No. 326600.

PEOPLE V WILLIE WASHINGTON, No. 151876; Court of Appeals No. 326168.

PEOPLE V KENNETH WRIGHT, No. 151879; Court of Appeals No. 327181.

PEOPLE V ASBURY, No. 151890; Court of Appeals No. 326066.

PEOPLE V WOODYARD, No. 151898; Court of Appeals No. 326565.

PEOPLE V GRISHAM, No. 151904; Court of Appeals No. 326316.

PEOPLE V GLENN, No. 152009; Court of Appeals No. 326863.

PEOPLE V PAINTER, No. 152024; Court of Appeals No. 326042.

PEOPLE V DRAKE, No. 152033; Court of Appeals No. 327099.

PEOPLE V HESS, Nos. 152039 and 152040; Court of Appeals Nos. 326261 and 326580.

PEOPLE V HOUGH, No. 152042; Court of Appeals No. 327702.

PEOPLE V SPEER, No. 152046; Court of Appeals No. 325820.

PEOPLE V DEVI SMITH, No. 152090; Court of Appeals No. 326534.

PEOPLE V JONATHON HILL, No. 152125; Court of Appeals No. 327245.

PEOPLE V CALDWELL, No. 152140; Court of Appeals No. 326180.

PEOPLE V YUL DUPREE, No. 152163; Court of Appeals No. 325361.

PEOPLE V FLOWERS, No. 152167; Court of Appeals No. 327477.